2-1-23                    #1               1 of 6

Legal Mail Received
FEB 02 2023
Dade C.I.

To, The Honourable, court of the Southern District united State's Federal court House. Address. At. This 400 North Miami Avenue 8th Floor, Miami Fla. 33128. oct. B-161815,

Shermaine J. Love, Case # "Plaintiff" "Victim" "Human Being" "American" "citizen".

unknown at this time "Judge".

Pre. Set, "Correctional Officers Deputies" "Involved." "And medical dept. nurse." seeking the sum of 3,000,000. 3 Three Million Dollars.

VS. Defendant's Responsible of Beating. And negleection. Tee. Being Treated By united state's codes The ~~████~~ officials. Here by Listed

2-1-23 #2 2-of-6

1. THAT, on this exact listed documented person's as a whole, the official ~~Hardee Corr. Inst. officers~~ and ~~[redacted]~~ of ~~[redacted]~~ Hardee County connected thereof

2. It all initiated when I became too feeling very wierd. And, helpless too seeing and mobilizing some natural body move-ments and I'D fallen several times inside of my jail housing unit cell. With this I was taken too

2-1-23  #3  3-of-6

"Prison,"
THE JAIL'S MEDICAL DEPT TOO, SEE, THE NATURE'S OF MY HEALTH ISSUE AND THEN THE RIGHT'S TOO ALL SUBJECTION'S OF CONTRACT OF CONSTITUTIONAL, CIVIL, RIGHT'S AS AN AMERICAN CITIZEN WAS THEN VIOLATED WITH NOT BEING PROPERLY TREATED AND SERVICED, UNDER SEVERE CONDITION'S BECAUSE I WAS THEN PREJUDICED & NEGLECTED OF PROPER MEDICAL ATTENTION I WAS THEN FOCUSED AS AN NO-BODY AND THEN TREATED

2-1-23                              # 4-of-6

TCC, THE <u>Crained Flooring and Beatings</u> inside of the <u>confinement, behind an</u> door, then severe; <u>such injuries</u> put me at an <u>stroke</u>. TCC, which I was then rushed out of the <s>Hardee</s> county <s>corr.</s> TCC the <u>Hospital, Tampa with vicious injuries</u> I am now, <u>stroke-stricken and Handicapped</u> severely for eternity I was <u>Beathened & Ignored & Abused</u>

2-1-23   #5   5-of-6

By the "Prison" Dept. of Corr. Jail Deputies Tcc, I'm with me Left entire side shoulder Hand and Hip, Area's plus. Leg, is severely maimed without ever being Able Tcc, function or, used - permanent such damage I Here By duly Files this, civil complaint, in solid Truths. God's word of what actually

2-1-23   #6   6-of-6

I. HEREBY PLEAD'S TOO THIS HONOURABLE FEDERAL UNITED STATE'S COURTS OF MIAMI FLORIDA TCC, PLEASE ASSIST ME INSIDE OF ALL OF VIOLATIONSHIP'S OF BEING ANY HUMAN BEING TCC, FULLY BEING DISCRIMINATED AND ABUSED ATTACKED & TORTURED AND PERMANENTLY AT CRIPPLED BY PHYSICALLY BEATEN VICIOUSLY.

DC# B46-81815
PRINT NAME:
X Shermaine Lowe
SIGN NAME  DC# B46-81815, SUBMITTED"
X Shufau

"Respectfully"

1 of 1          #1     2-7-23

On this day 1st, month 2nd, year of 2023, a Certificate of Service: Shermaine Lowe DC# B168185; Doe's hereby duly swares. under an oath of an authorized such person of witnessing trest that of truth tce, an original, such copy of an civil suit complant of the neglect's deliberately then instigated and caused by Hardee Corr Inst. the ▮▮▮▮▮▮▮▮ vanity DC# B168185, ▮▮▮ Sanadation Road; Road Facility Containment.

Print name: K. Shermaine Lowe
Sign name: K. Shufford
DC# B168185

700 N. Miami Ave 8th Floor, United States Federal Court, Southern Dist 33128

Respectfully submitted

CASE # _____

SHERMAINE J. LOWE    OC# ____

DADE. CORRECTIONAL INSTITUTION

19000 SOUTH WEST 377 STREET

Florida City Florida 33034

LEGAL MAIL

USMS INSPECTED BY _____

SL
Legal Mail
Received
FEB 02 2023
Dade C.I.

TO. THE
OFFICE
OF CA
INVITA
COURT
400 NOR
8TH FLO